Joseph J. Lico
Patricia Jo Stone, P.C.
19751 E. Mainstreet, Suite 200
Parker, CO  80138
Joseph@patriciajostone.com
(303) 805-7080
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **MITCHELL MOORE AND ANTONIA MOORE,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXPRESS RECOVERY SERVICES, INC.,**<br><br>Defendant. | **NOTICE OF SETTLEMENT**<br><br>**Case No.:** 1:16-cv-00126-TC<br><br>**Judge:** Hon. Tena Campbell |

**COME NOW** the parties Plaintiffs Mitchell and Antonia Moore and Defendant Express Recovery Services by and through their undersigned counsel, and hereby submit the following Notice of Settlement.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the case with prejudice. To that end, the parties request that the jury trial and trial readiness conference set for August 19, 2019, and August 13, 2019, be vacated. Respectfully Submitted this 7th day of August, 2019.

By:  /s/ Joseph J. Lico
Joseph J. Lico
Patricia Jo Stone, P.C.
19751 E. Mainstreet, Suite 200

2

          Parker, CO  80138
          Joseph@patriciajostone.com
          (303) 805-7080 (phone)
          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2019, the foregoing Notice of Settlement, together with all attachments hereto, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by e-mail to the following:

Theron Morrison
theron@morrisonmurff.com
David J. McGlothlin
david@westcoastlitigation.com
Ryan L. McBride
ryan@kazlg.com


          /s/ Joseph J. Lico_____
          Joseph J. Lico, Esq.